**Order entered July 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00337-CV

## IN RE JAMES MEEHAN, BODMD MEDICAL GROUP (OK), P.C. AND CATALYST UTICA, P.C., Relators

**Original proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06699-2018**

### ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Relators' petition for writ of mandamus is **DENIED** without prejudice to filing a petition that complies with the Rules of Appellate Procedure.


/s/    LANA MYERS
          JUSTICE